UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT GRANO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SODEXO MANAGEMENT, INC., a New York Corporation; and CARGILL MEAT SOLUTIONS CORP., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES. | Case No.: 3:18-cv-01818-GPC-BLM<br>Case No.: 3:19-cv-01903-GPC-BLM<br>Case No.: 3:19-cv-01904-GPC-BLM<br>Case No.: 3:19-cv-01905-GPC-BLM<br>Case No.: 3:19-cv-01907-GPC-BLM<br>Case No.: 3:19-cv-01908-GPC-BLM<br>Case No.: 3:19-cv-01909-GPC-BLM<br>Case No.: 3:19-cv-01917-GPC-BLM<br><br>**AMENDED CONSOLIDATION ORDER AND BRIEFING SCHEDULE** |

**AMENDED ORDER**

On March 9, 2020, the Court issued an order consolidating *Grano v. Sodexo Mgmt. Inc., et al.*, 3:18-CV-01818-GPC-BLM ("*Grano* matter"), with the seven related cases for

1

discovery and motion practice.[1]  ECF No. 79.[2]  The Court hereby amends its prior order to order to include the following changes and instructions for the parties.

First, the eight cases will be consolidated for the purposes of **all motion practice**, with the understanding that as the cases near closer to trial, the Court will make individualized decisions regarding whether to consider certain motions (i.e., motions to exclude expert witnesses, pre-trial and trial evidentiary motions, and post-trial motions) separately for each individual case.  *See In re Oreck Corp. Halo Vacuum & Air Purifiers Mktg. & Sales Practices Litig*., 282 F.R.D. 486, 490 (C.D. Cal. 2012) (district courts have broad discretion in determining whether consolidation is appropriate and consolidation is generally favored, especially when serving the interests of judicial economy by saving time for purposes of pretrial discovery and motion practice).  Under this modified order, noting that the Court will consider requests from the parties to individually consider certain motions that involve evidentiary issues that are unique to each plaintiff and individualized damages calculations.

Second, the first-filed case, the *Grano* matter, will be the lead case.  Civil Action No. 18-cv-01818-GPC-BLM will therefore constitute the Lead Case File for all related actions.  Thus, every filing in any of the member cases shall denote the lead case number above the member case number.  Duplicate originals need not be filed in the member case.

/ /

/ /

---

[1] The seven related cases are: *Anderson v. Sodexo Mgmt. Inc., et al.*, 3:19-cv-01903-GPC-BLM ("*Anderson* matter"); *Lader v. Sodexo Mgmt. Inc., et al.*, 3:19-cv-01908-GPC-BLM ("*Lader* matter"); *Baker v. Sodexo Mgmt. Inc., et al.*, 3:19-cv-01904-GPC-BLM ("*Baker* matter"); *Browning v. Sodexo Mgmt. Inc., et al.*, 3:19-cv-01905-GPC-BLM ("*Browning* matter"); *Abbott v. Sodexo Mgmt. Inc., et al.*, 3:19-cv-01917-GPC-BLM ("*Abbott* matter"); *Evers v. Sodexo Mgmt. Inc., et al.*, 3:19-cv-01907-GPC-BLM ("*Evers* matter"); *Miller v. Sodexo Mgmt. Inc., et al.*, 3:19-cv-01909-GPC-BLM ("*Miller* matter").

[2] Unless otherwise noted, all ECF cites refer to the *Grano* matter.

**BRIEFING SCHEDULE**

Presently before the Court are multiple pending motions in the lead case and member cases. The Court clarifies the briefing schedules for these motions below.

**I.    Sodexo's Motion for Leave to File a Third Party Complaint**

Prior to this order consolidating cases, Defendant Sodexo filed motions for leave to file third party complaints against U.S. Foods, Inc. in all related cases. ECF Nos. 71, 72.[3] The previously-issued briefing schedule for Sodexo's motions to file third party complaint against U.S. Foods will still apply. ECF No. 74. The dates are repeated herein:

- Any replies shall be filed on or before **March 20, 2020**.
- A hearing on this matter is scheduled for **April 10, 2020** at 1:30 PM in Courtroom 2D.

**II.    Plaintiff's Motions for Leave to File a First Amended Complaint**

Plaintiffs in the seven member cases filed motions for leave to file a first amended complaint to add U.S. Foods, Inc. as a Defendant.[4] Plaintiff did not file a motion for leave to file a first amended complaint in the *Grano* matter.[5] The following briefing schedule will apply:

- Any responses shall be filed on or before **March 25, 2020**.
- Any replies shall be filed on or before **April 1, 2020**.

---

[3] *Anderson* matter, ECF No. 26; *Lader* matter, ECF No. 26; *Baker* matter, ECF No. 27; *Browning* matter, ECF No. 26; *Abbott* matter, ECF No. 27; *Evers* matter, ECF No. 26; *Miller* matter, ECF No. 26.

[4] *Anderson* matter, ECF No. 25; *Lader* matter, ECF No. 25; *Baker* matter, ECF No. 26; *Browning* matter, ECF No. 25; *Abbott* matter, ECF No. 26; *Evers* matter, ECF No. 25; *Miller* matter, ECF No. 25.

[5] The Court notes that Plaintiff Grano filed a brief in support of consolidating the *Grano* matter with the seven related cases for the purposes of discovery and motion practice. ECF No. 77. The counsel representing Plaintiff Grano is the same counsel that represents plaintiffs in the seven member cases. Although the plaintiffs in the member cases filed motions for leave to file an amended complaint in all member cases, Plaintiff Grano did not file a motion in the lead case.

- A hearing on this matter is scheduled for **April 10, 2020** at 1:30 PM in Courtroom 2D.

### III. Sodexo's Motion for Leave to File a First Supplemental Cross-Claim Against Cargill

Before the Court is Defendant/Cross-Claimant Sodexo Management, Inc.'s motion for leave to file a first supplemental cross claim against Defendant/Cross-Claimant Cargill Meat Solutions Corp. in the *Grano* matter. ECF No. 73.

- Any responses shall be filed on or before **March 25, 2020**.
- Any replies shall be filed on or before **April 1, 2020**.
- A hearing on this matter is scheduled for **April 10, 2020** at 1:30 PM in Courtroom 2D.

**IT IS SO ORDERED.**

Dated: March 18, 2020

Hon. Gonzalo P. Curiel
United States District Judge

4