UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT GRANO,<br><br>  Plaintiff,<br><br>v.<br><br>SODEXO, MANAGEMENT INC., et al.,<br><br>  Defendants. | Case No.: 18cv1818-GPC(BLM)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO EXTEND DEADLINE FOR PLAINTIFFS TO AMEND AND/OR ADD CLAIMS**<br><br>**[ECF No. 143]** |

On December 2, 2019, the parties filed a Joint Motion to Amend Scheduling Order. See ECF No. 51. On December 20, 2019, the Court entered an order granting in part the parties' motion. ECF No. 61. In that order, the Court reset the parties' deadline to file a motion to amend to February 21, 2020 and April 16, 2020. Id. at 2. The February 21, 2020 deadline was the deadline to file a motion to amend the parties and the April 16, 2020 deadline was the deadline to file a motion to amend the claims or causes of action. Id. at 2 nn.3-4.

On March 26, 2020, the Court held a telephonic discovery hearing. ECF No. 99. During the hearing, the Court and counsel discussed the issues raised in the parties' Joint Hearing Statement [see ECF No. 89] and also discussed Plaintiffs' April motion to amend deadline. Plaintiffs' counsel expressed concern that they would be unable to meet the April deadline because of the difficulty they were having completing the necessary depositions. In response, Judge Major directed the parties to schedule the remaining depositions that were needed to prepare the motion and to then file a joint motion to continue the deadline to a date after the depositions.

On June 3, 2020, the parties filed a Joint Motion to Extend Deadline for Plaintiffs to Amend and/or Add Claims. ECF No. 143. The parties state that they "have now scheduled and/or taken all depositions necessary for Plaintiffs to prepare and file their motion for leave to amend, and jointly move the Court for an order extending the deadline for the filing of said motion to July 27, 2020." Id. at 2. The parties do not provide any justification for the requested filing deadline. Id.

Accordingly, the parties' motion is **GRANTED IN PART**. Plaintiffs must file any motion for leave to amend and/or add claims against the parties on or before **July 6, 2020**.

**IT IS SO ORDERED**.

Dated: 6/4/2020

Hon. Barbara L. Major
United States Magistrate Judge

2

18cv1818-GPC(BLM)