UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT GRANO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SODEXO MANAGEMENT, INC., a New York Corporation; and CARGILL MEAT SOLUTIONS CORP., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES. | Case No.: 3:18-cv-01818-GPC-BLM<br>Case No.: 3:19-cv-01903-GPC-BLM<br>Case No.: 3:19-cv-01904-GPC-BLM<br>Case No.: 3:19-cv-01905-GPC-BLM<br>Case No.: 3:19-cv-01907-GPC-BLM<br>Case No.: 3:19-cv-01908-GPC-BLM<br>Case No.: 3:19-cv-01909-GPC-BLM<br>Case No.: 3:19-cv-01917-GPC-BLM<br><br>**ORDER DENYING DEFENDANT US FOODS, INC.'S MOTION TO DISMISS AS MOOT** |

1

Due to the Court's order granting the Plaintiffs' motion for leave to file amended complaints, Case No. 18-cv-1818, ECF No. 175, Plaintiffs filed amended complaints in the lead and member cases on August 24, 2020. Case No. 18-cv-1818, ECF No. 176. Accordingly, the Court DENIES as moot Defendant US Foods, Inc.'s motion to dismiss the previous amended complaint.

**IT IS SO ORDERED.**

Dated: August 26, 2020

Hon. Gonzalo P. Curiel
United States District Judge