UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT GRANO, et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>SODEXO MANAGEMENT, INC.;<br>CARGILL MEAT SOLUTIONS CORP.;<br>and US FOODS INC.,<br><br>　　　　　　　　Defendants.<br>_____<br>AND ALL RELATED CASES, THIRD-PARTY CLAIMS, COUNTER CLAIMS AND CROSS CLAIMS. | Case No.: 18cv1818-LL-BLM<br><br>Related Cases:<br>19cv1903-LL-BLM<br>19cv1904-LL-BLM<br>19cv1905-LL-BLM<br>19cv1907-LL-BLM<br>19cv1908-LL-BLM<br>19cv1917-LL-BLM<br><br>**ORDER VACATING<br>MARCH 16, 2022 HEARINGS** |

　　　Pending before the Court are motions for summary judgment and motions in limine to exclude evidence ("Pretrial Motions"). ECF Nos. 337–43, 346, 379–80. The motion hearing date for the Pretrial Motions is currently set for March 16, 2022. ECF No. 381. On January 4, 2022, this matter and the related cases were transferred to the undersigned. ECF No. 393. On its own motion, the Court **VACATES** the March 16, 2022 motion

///

///

hearings subject to resetting. If the hearings are not reset, the Court takes the Pretrial Motions under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED**.

Dated: January 20, 2022

_____
Honorable Linda Lopez
United States District Judge