UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT GRANO, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SODEXO MANAGEMENT, INC., CARGILL MEAT SOLUTIONS CORP.; and US FOODS, INC.,<br><br>　　　　　　　　　Defendants. | Case No.:  3:18-cv-1818-RSH-BLM<br><br>Related Cases:<br>19-cv-1903-LL-BLM<br>19-cv-1904-LL-BLM<br>19-cv-1905-LL-BLM<br>19-cv-1907-LL-BLM<br>19-cv-1908-LL-BLM<br>19-cv-1917-LL-BLM<br><br>**ORDER DENYING MOTION FOR STATUS CONFERENCE** |

　　　Plaintiffs have filed a motion for a status conference, requesting the Court to provide "clarity, for the benefit of the[] respective clients, about the future course of this litigation, including the likely timeframe for hearing and/or rulings on the eight motions filed by defendants on July 19, 2021, and the ninth motion filed on November 16, 2021, which must occur before these cases can be advanced." ECF No. 399 at 5. Defendants Cargill Meat Solutions Corp. and US Foods Inc. have stated that they do not oppose the motion. ECF No. 400.

1  This matter was reassigned to the current District Judge on June 24, 2022. ECF No.
2  398. The Court is mindful that this case was originally filed in August 2018; that motions
3  filed in July 2021 and November 2021 remain pending; that the case has been reassigned
4  numerous times; and that all parties have an interest in moving this case towards
5  resolution. The Court is grateful for the recitation of the relevant procedural history, but
6  respectfully declines to order the requested status hearing. Defendants observe that the
7  motions are complex, and include 440 pages of briefing and 246 exhibits. ECF No. 400.
8  As a matter of course, the Court does not report to parties on the Court's timeframe for
9  ruling on pending motions. If the Court determines that a status conference would be
10 useful to the Court in prioritizing the pending motions or for other reasons, the Court may
11 order a status conference in the future. Plaintiffs' motion is therefore **DENIED**.

**IT IS SO ORDERED**.

Dated: July 7, 2022

_____
Hon. Robert S. Huie
United States District Judge