UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT GRANO, et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>SODEXO MANAGEMENT, INC., et al.,<br><br>                                    Defendants.<br>_____<br><br>AND RELATED CASES | Case Nos.:  18cv1818-RSH(BLM)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |

In a notice of settlement dated January 17, 2023, the parties informed the Court that "all claims against all parties in the above captioned lead Grano v. Sodexo, *et al.* case and all consolidated member cases have been resolved by settlement." ECF No. 415.  Because the case has settled, all other pending dates before Magistrate Judge Major are hereby vacated.  Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and any unrepresented parties, no later than **February 21, 2023**.  A proposed order on the joint motion for dismissal must be e-mailed to the district judge's

chambers[1] on the same day.  If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **February 21, 2023**, then all counsel of record and unrepresented parties are required to appear in person for a Settlement Disposition Conference.  The Settlement Disposition Conference will be held on **February 28, 2023** at **9:30 a.m.** in **Courtroom 3D**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated:  1/17/2023

Hon. Barbara L. Major
United States Magistrate Judge

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.